## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ewing, Tammie L

Printed:  11/27/07

Case Number:  06 B 15493
Judge:  Hollis, Pamela S
Filed:  11/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 15, 2007
Confirmed:  January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,560.00 |  |
| Secured: |  | 900.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,427.44 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 232.56 |
| Other Funds: |  | 0.00 |
| Totals: | 4,560.00 | 4,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 5. | Consumer Portfolio Services | Secured | 13,463.04 | 900.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 10,373.53 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,669.89 | 1,427.44 |
| 8. | Midwest Verizon Wireless | Unsecured | 1,533.48 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 0.40 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 977.39 | 0.00 |
| 11. | B-Line LLC | Unsecured | 880.40 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 2,110.00 | 0.00 |
| 13. | Aspire Visa | Unsecured | 927.88 | 0.00 |
| 14. | US Cellular | Unsecured |  | No Claim Filed |
| 15. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 16. | Cross Country Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,936.01 | $ 4,327.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 109.44 |
| 5.4% | 123.12 |
|  | $ 232.56 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ewing, Tammie L

Printed:  11/27/07

Case Number:  06 B 15493

Judge:  Hollis, Pamela S

Filed:  11/27/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_